UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| TONYA MALONEY, | ) | Civil Action No. 4:21-cv-01274-BHH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI,[1] | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

**AND NOW**, this 9th day of November, 2021, upon consideration of the Defendant's Motion to Remand, it is hereby

**ORDERED** that the Defendant's Motion to Remand is Granted and this case is remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner for further evaluation and a new decision. This case is hereby dismissed.

s/Bruce H. Hendricks
United States District Judge

November 9, 2021
Charleston, South Carolina

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).